In the Matter of the Application of JACOB YOUNG, Appellant, for a Writ of Habeas Corpus.

HENRY STEIGER, as Overseer of the Poor of the Town of Macedon, Respondent.

*Matter of Young*, 97 App. Div. 640, affirmed.
(Argued January 11, 1905; decided January 31, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 12, 1904, which affirmed an order of the Wayne County Court dismissing a writ of habeas corpus and remanding the relator.

*F. E. Converse* for appellant.

*George S. Tinklepaugh* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

EMPIRE CITY SAVINGS BANK, Appellant, *v.* HENRY G. SILLECK, JR., et al., Defendants.

MOISE GEISMANN, Respondent.

*Empire City Savings Bank* v. *Silleck*, 98 App. Div. 139, affirmed.
(Argued January 11, 1905; decided January 31, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1904, which reversed an order of Special Term denying a motion of the respondent herein to be relieved from his bid made at a mortgage foreclosure sale had in the above-entitled action and granted said motion.

*Joseph E. Bullen* and *Charles W. Dayton* for appellant.

*Isaac Moss* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.